FREEBORN & PETERS LLP
Richard S. Lauter
Devon J. Eggert.
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6520
rlauter@freeborn.com
ejanczak@freeborn.com

Counsel for Dale Schian, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>PRM FAMILY HOLDING COMPANY, L.L.C., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:13-bk-09026-BKM<br><br>(Jointly Administered) |
| DALE SCHIAN, CREDITOR TRUSTEE OF THE PRM FAMILY HOLDING COMPANY, L.L.C. CREDITOR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR TREATS LLC,<br><br>Defendant. | Adv. Pro. No. 2:15-ap-00427-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** |
| This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | |

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title of 11 of the United States Code (the "*Bankruptcy Code*"), Devon J. Eggert of the law firm of Freeborn & Peters LLP hereby enters an appearance as counsel to Dale Schian (the "*Creditor Trustee*"), Creditor Trustee

of the PRM Family Holding Company, L.L.C. Creditor Trust (the "*Creditor Trust*") in the above captioned adversary case (the "*Case*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001 and 9010, and sections 342 and 1109(b) of the Bankruptcy Code, the Creditor Trustee hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in this Case, and all papers served or required to be served in any adversary proceeding, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's matrix in this Case:

> Devon J. Eggert, Esq.
> FREEBORN & PETERS LLP
> 311 S. Wacker Dr., Ste. 3000
> Chicago, Illinois 60606-6677
> Telephone: (312) 360-6000
> Facsimile: (312) 360-6305
> deggert@freeborn.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise with regard to the above case and proceeding herein.

PLEASE TAKE FURTHER NOTICE that the Creditor Trustee intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of the Creditor Trustee to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of the Creditor Trustee to trial by jury in any proceedings so triable in this Case or any case, controversy or proceeding related to this Case; (c) the right of the Creditor Trustee to have the District Court withdraw the reference in any matter

FREEBORN & PETERS LLP
ATTORNEYS AT LAW
CHICAGO

subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which the Creditor Trustee is or may be entitled.

DATED this 5th day of June, 2015.

               FREEBORN & PETERS LLP

               By: /s/ Devon J. Eggert
                  Richard S. Lauter
                  Devon J. Eggert
                  Elizabeth L. Janczak

                  *Counsel for the Creditor Trustee*

FREEBORN & PETERS LLP
ATTORNEYS AT LAW
CHICAGO