

(1) Person Filing: JP MORGAN CHASE BANK N.A.
Mailing Address: PO BOX 183164
City, State, Zip Code: COLUMBUS, OH 43218
Daytime Phone: 866-578-7022   Alternate Phone: _____
Representing: [ ] Self   [ ] Attorney   [x] Other
State Bar No. (if applicable): _____

**FILED**

APR 0 4 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

(2) ☐ JUSTICE COURT _____, COUNTY OF _____
(3) ☐ MUNICIPAL COURT _____, COUNTY OF _____
(4) ☐ ARIZONA SUPERIOR COURT, COUNTY OF _____
Arizona United States Bankruptcy Court

(5) Petitioner/Plaintiff [x] Judgment Creditor ☐ Judgment Debtor
Name: DALE SCHIAN
Address: 311 S WACKER DR STE 3000
City, State, Zip Code: CHICAGO, IL 60606
Phone(s): _____

(8) Case No.: 213BK09026BKM
2:15-ap-00427-BKM

(6) Respondent/Defendant [x] Judgment Debtor ☐ Judgment Creditor
Name: SUPERIOR TREATS LLC
Address: 2975 W FAIRMOUNT AVE
City, State, Zip Code: PHOENIX, AZ 85017
Phone(s): _____

**GARNISHEE'S ANSWER
(NON-EARNINGS)
(A.R.S. §§ 12-1578.01 & -1579)**

(7) Garnishee:
Name: JP MORGAN CHASE BANK NA
Address: PO BOX 183164
City, State, Zip Code: COLUMBUS, OH 43218
Phone(s): 866-578-7022
Attorney: _____

---

**CAUTION: Failure to file a Garnishee's Answer can result in an order being entered against you in the full amount of the debt owed by the judgment debtor to the judgment creditor. This can happen even if you do not know the judgment debtor or do not owe the judgment debtor any money or property.**

---

1. I am the garnishee or I am authorized by the garnishee to complete and file this Answer. The word 'money' as used in this Answer does not refer to wages. Garnishee's name, address and phone are as listed in (7).

2. The statements checked below were true at the time the Writ was served:

   (9) (Check all boxes that apply and fill in blanks for each box checked)

   A. [x] I was not holding personal property or money belonging to judgment debtor.

Case No. **(8)** 213BK09026BKM

B. ☒ I owed judgment debtor **(10)** $ 0.00 _____ . I am withholding
   **(11)** $ 0.00 _____ pursuant to the Writ.

C. ☒ I released **(12)** $ 0.00 _____ because **(13)** ACCOUNTS CLOSED _____.

D. ☒ I was in possession of the following personal property belonging to the judgment debtor:
   **(14)** N/A _____ (attach list if necessary). I am holding **(15)** _____
   (attach list if necessary) pursuant to the Writ.

E. ☒ Garnishee is a corporation in which the judgment debtor owns these shares or interest:
   **(16)** NONE _____
   (attach list if necessary).

3. The following person/organization holds personal property or money which belongs to judgment debtor:
   **(17)** _____

4. Garnishee requests an answer fee in the amount of **(18)** $ 0 _____, as a reasonable amount for the preparation and filing of this Answer.

**(19)**

Copies of the Answer, Writ of Garnishment and Summons, Notice to Judgment Debtor of Garnishment, Notice of Hearing form, Request for Hearing form and a copy of the underlying judgment were provided to judgment debtor on:

Date: 03/30/2016

By:  ☒ Mail    [ ] Hand Delivery
[ ] Constable, Deputy Sheriff or Process Server

**(20)**

Copy of the Answer provided to judgment creditor on:

Date: 03/30/2016

By:  ☒ Mail    [ ] Hand Delivery
[ ] Constable, Deputy Sheriff or Process Server

**I affirm that the information on this Garnishee's Answer is true and correct.**

**(21)** 03/30/2016
Date

_Chantell Keehard_ (signature)
Signature of Garnishee or Authorized Agent

Doc Review Sr Specialist I

State of Ohio                    )
                                 )ss.
County of Franklin               )

Subscribed and sworn or affirmed before me on 3/30/16

My Commission Expires: _____

Notary Public or Clerk of the Court

FORM 4 ANSWER NE                 Page 2 of 2                 5/17/07